Marc Van Der Hout, CA SBN 80778
Johnny Sinodis, CA SBN 290402
Van Der Hout LLP
180 Sutter Street, Suite 500
San Francisco, CA 94104
Tel: (415) 981-3000
Fax: (415) 981-3003
ndca@vblaw.com

Judah Lakin, CA SBN 307740
Lakin & Wille LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Tel: (510) 379-9216
Fax: (510) 379-9218
judah@lakinwille.com

Attorneys for Petitioner
Brenda Meza

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda MEZA,<br><br>    Petitioner,<br><br>    v.<br><br>Erik BONNAR, et al.;<br><br>    Respondents. | Case No. 5:18-cv-02708-BLF<br><br>**JOINT STIPULATION TO REVISE SCHEDULE FOR SUBMISSIONS AND [PROPOSED] ORDER** |

1  Through this stipulation, the parties respectfully request that the Court revise the schedule
2  for the submission of Petitioner's Opposition and Respondents' Reply in Support of their Motion
3  to Dismiss. *See* Dkts. 33, 35. In light of the fact that the hearing in this matter is not set to occur
4  until May 5, 2022, and given other commitments of counsel, the parties propose that the schedule
5  be revised as follows:

- Petitioner's Opposition to Respondents' Motion to Dismiss shall be due on or before March 17, 2022; and
- Respondents' Reply in Support of their Motion to Dismiss shall be due on or before April 14, 2022.

The parties agree that extending the deadlines for their respective submissions is appropriate under the circumstances. For these reasons, the parties ask the Court to grant this Joint Stipulation for good cause and issue an order revising the schedule for submissions.

**CERTIFICATION**

In accordance with Civil Local Rule 5-1(h)(3), the filer of this document attests that all signatories listed below concur in the filing of this document.

Dated: February 14, 2022

Respectfully submitted,

VAN DER HOUT LLP

/s/ Johnny Sinodis
Johnny Sinodis
Marc Van Der Hout

Attorneys for Petitioner


STEPHANIE M. HINDS
United States Attorney

/s/ Sapna Mehta
Assistant United States Attorney

Attorneys for Respondents

JOINT STIPULATION TO REVISE SCHEDULE FOR SUBMISSIONS          1
Case No. 5:18-cv-02708-BLF

1

**[PROPOSED]** ORDER

2  IT IS HEREBY ORDERED that the Joint Stipulation to Revise the Schedule for
3  Submissions is GRANTED.

4  IT IS FURTHER ORDERED that Petitioner's Opposition to the Motion to Dismiss shall
5  be due on or before March 17, 2022.

6  IT IS FURTHER ORDERED that Respondents' Reply in Support of their Motion to
7  Dismiss shall be due on or before April 14, 2022.

8
9  Dated: ___February 15___, 2022.       _____
                                          THE HON. BETH LABSON FREEMAN
10                                        United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28