ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7478
FAX: (415) 436-6748
sapna.mehta@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRENDA MEZA,<br><br>  Petitioner,<br><br>  v.<br><br>ERIK BONNAR, et al.,<br><br>  Respondents. | Case No. 5:18-cv-02708-BLF<br><br>**STIPULATION OF SETTLEMENT OF EAJA MOTION; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the undersigned Petitioner and Respondents, by and through their respective attorneys, as follows:

1. The parties wish to settle and resolve Petitioner's request for attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in the above-captioned matter by entering into this Stipulation and thereby avoiding any additional time, expense, and risk of litigation as to the propriety and amount of any award of attorneys' fees and costs under EAJA.  The parties acknowledge that this Stipulation (i) disposes of any and all claims and issues that Petitioner may raise against Respondents under EAJA, (ii) fully binds the parties and their successors, and (iii) settles and resolves all of Petitioner's claims for attorneys' fees and costs.

2. Respondents shall pay $37,500 (thirty-seven thousand five-hundred dollars and zero cents) to Petitioner, through counsel, in full and complete satisfaction of Petitioner's claims for

attorneys' fees, costs, and litigation expenses under the EAJA in the above-captioned matter. This payment shall constitute full and final satisfaction of any and all of Petitioner's claims for attorneys' fees, costs, and litigation expenses in the above-captioned matter, and is inclusive of any interest. Payment of this money will be made by electronic funds transfer to Petitioner's counsel promptly after execution of this Stipulation and after receipt of necessary information from Petitioner in order to effectuate the payment. Respondents will make all reasonable efforts to make payment within sixty (60) days of the date that Petitioner's counsel provides the necessary information for the electronic funds transfer and this Stipulation is executed, whichever is later, but cannot guarantee payment within that time frame.

3. Upon the execution of this Stipulation, Petitioner hereby releases and forever discharges Respondents, its successors, the United States of America, and any department, agency, or establishment of the United States, and any officers, employees, agents, successors, or assigns of such department, agency, or establishment, from any and all claims and issues that Petitioner asserts or could have asserted in this litigation, or which hereafter could be asserted by reason of, or with respect to, or in connection with, or which arise out of, all past, present, or future claims for attorneys' fees, costs, or litigation expenses in connection with the above-captioned litigation.

4. In consideration of the payment of the settlement amount and the other terms of this Stipulation, Petitioner shall immediately upon execution of this Stipulation also execute a Stipulation of Dismissal, a copy of which is attached hereto as Exhibit A. The Stipulation of Dismissal shall dismiss, with prejudice, all claims asserted in this action, or that could have been asserted in this action. The fully executed Stipulation of Dismissal will be held by Respondents' attorney and will be filed with the Court within five (5) business days of receipt by Petitioner's attorney of the settlement amount.

5. The parties acknowledge that this Stipulation is entered into solely for the purpose of settling and compromising any remaining claims in this action without further litigation, and it shall not be construed as evidence or as an admission on the part of Respondents, the United States, its agents, servants, or employees regarding any issue of law or fact, or regarding the truth or validity of any allegation or claim raised in this action, or as evidence or as an admission by the Respondents regarding Petitioner's entitlement to or eligibility for attorneys' fees, costs, or other litigation expenses under

EAJA.  This Stipulation shall not be used in any manner to establish liability for fees or costs in any other case or proceeding involving Respondents.

6. Nothing in this Stipulation waives or modifies federal, state, or local law pertaining to taxes, offsets, levies, and liens that may apply to this Stipulation or the settlement proceeds, and Petitioner is executing this Stipulation without reliance on any representation by Respondents as to the application of any such law.

7. This Stipulation is binding upon and inures to the benefit of the parties hereto and their respective successors and assigns.

8. If any provision of this Stipulation shall be held invalid, illegal, or unenforceable, the validity, legality, and enforceability of the remaining provisions shall not in any way be affected or impaired thereby.

9. This Stipulation shall constitute the entire agreement between the parties, and it is expressly understood and agreed that this Stipulation has been freely and voluntarily entered into by the parties hereto.  The parties further acknowledge that no warranties or representations have been made on any subject other than as set forth in this Stipulation.

10. The persons signing this Stipulation warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the Stipulation.

11. This Stipulation may not be altered, modified or otherwise changed in any respect except in writing, duly executed by all of the parties or their authorized representatives.

12. It is contemplated that this Stipulation may be executed in several counterparts, with a separate signature page for each party.  All such counterparts and signature pages, together, shall be deemed to be one document.

IT IS SO STIPULATED.

1  DATED: 02/09/2024

JOHNNY SINODIS
MARC VAN DER HOUT
Attorneys for Petitioner

ISMAIL J. RAMSEY
United States Attorney

DATED: 2/8/2024        By:

SAPNA MEHTA
Assistant United States Attorney
Attorney for Respondents

IT IS SO ORDERED.

DATED: February 9, 2024

THE HON. BETH LABSON FREEMAN
United States District Judge

STIPULATION OF SETTLEMENT OF EAJA MOTION; [PROPOSED] ORDER
5:18-CV-02708- BLF
4

**EXHIBIT A**

```
 1 | ISMAIL J. RAMSEY (CABN 189820)
   | United States Attorney
 2 | MICHELLE LO (NYRN 4325163)
   | Chief, Civil Division
 3 | SAPNA MEHTA (CABN 288238)
   | Assistant United States Attorney
 4 |
 5 |     450 Golden Gate Avenue, Box 36055
   |     San Francisco, California 94102-3495
 6 |     Telephone: (415) 436-7478
   |     FAX: (415) 436-6748
 7 |     sapna.mehta@usdoj.gov
   |
 8 | Attorneys for Respondents
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BRENDA MEZA, | ) Case No. 5:18-cv-02708-BLF |
|---|---|
| Petitioner, | ) **STIPULATION OF DISMISSAL** |
| v. | ) |
| ERIK BONNAR, et al., | ) |
| Respondents. | ) |

The agreed upon payment of $37,500 having been paid to Petitioner, through counsel, Petitioner and Respondents, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this action in its entirety with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Stipulation of Settlement entered into by the parties to this action.

DATED:                                                    Respectfully submitted,

                                                          ISMAIL J. RAMSEY
                                                          United States Attorney

                                                          _____
                                                          SAPNA MEHTA
                                                          Assistant United States Attorney

                                                          Attorneys for Respondents

STIPULATION OF DISMISSAL
5:18-CV-02708- BLF                                        1

DATED:                                        VAN DER HOUT LLP

                                              _____
                                              JOHNNY SINODIS
                                              MARC VAN DER HOUT
                                              Attorneys for Petitioner

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from each of the other signatories.


Dated:                            By:   _____
                                        SAPNA MEHTA
                                        Assistant United States Attorney

STIPULATION OF DISMISSAL
5:18-CV-02708- BLF                                    2